[No. 15887-6-II.   Division Two.   July 25, 1994.]

JEAN GELLATLY, *as Personal Representative,*
*Respondent,* v. JOHN BROWN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 89-2-00860-9, David E. Foscue, J., en-
tered February 24, 1992. *Affirmed* by unpublished opinion
per Houghton, J., concurred in by Morgan, C.J., and Alexan-
der, J.

[No. 16148-6-II.   Division Two.   July 25, 1994.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID H.
IDE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-1-01426-6, Rosanne Buckner, J., entered June
11, 1992. *Affirmed* by unpublished opinion per Morgan, C.J.,
concurred in by Alexander and Seinfeld, JJ.

[No. 14183-3-II.   Division Two.   July 25, 1994.]

MARIA SHOEMAKER, ET AL, *Appellants,* v. ROBERT
JOSEPHSEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 88-2-00906-8, Terence Hanley, J., entered July
18, 1990. *Affirmed* by unpublished opinion per Seinfeld,
A.C.J., concurred in by Alexander and Houghton, JJ.

[No. 15715-2-II.   Division Two.   July 25, 1994.]

THE STATE OF WASHINGTON, *Respondent,* v. JASON R.
WEBER, *Appellant.*

Appeal from a judgment of the Superior Court for Mason
County, No. 91-1-00122-7, James B. Sawyer II, J., entered
December 9, 1991. *Affirmed* by unpublished opinion per
Morgan, C.J., concurred in by Alexander and Houghton, JJ.